UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUINTON WALLACE | Crim. No. 08-52 |

**ORDER**

And now, on this 12th day of June, 2009, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that defendant's motion to suppress evidence is **DENIED**.

    /s/ Louis H. Pollak
Pollak, J.